IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| FIRSTBANK; and BUILT RIGHT CONSTRUCTION, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | CASE NO. 2:24-cv-00522-JTA |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

COMES now Fox Rothschild LLP, John W. Reis and David A. Greene (collectively, "Fox"), as counsel for Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), and state as follows:

1. On October 11, 2024, John W. Reis of Fox Rothschild LLP filed a Notice of Appearance for Wells Fargo.

2. On October 14, 2024, David A. Greene of Fox Rothschild LLP filed a Motion for Admission Pro Hac Vice, which the Court granted on October 15, 2024.

3. On October 17, 2024, Benjamin B. Coulter of Burr & Forman LLP entered is appearance as counsel for of Wells Fargo. In light of the foregoing, Fox seeks to withdraw as counsel for Wells Fargo in this matter.

4. Accordingly, the Court should grant leave to allow Fox to withdraw as counsel for Wells Fargo and relieve Fox from any further responsibility with respect to this matter.

5. Counsel for Plaintiffs has consented to the request contained herein.

1

WHEREFORE, John Reis, David A. Greene, and Fox Rothschild LLP respectfully requests entry of an Order granting the Motion to Withdraw as Counsel for Defendant, Wells Fargo Bank, N.A., and g1anting such other and further relief as is just and proper.

Respectfully submitted, this the 15th day of November, 2024.

By: /s/ David A. Greene
David A. Greene
Admitted *Pro Hac Vice*
Florida Bar No. 87629
FOX ROTHSCHILD LLP
777 S. Flagler Drive
Suite 1700 – West Tower
West Palm Beach, FL 33401
Tel: (561) 804-4441
Fax: (561) 835-9605
Email: dgreene@foxrothschild.com

-AND-

/s/ John W. Reis
John W. Reis
ASB-6712-J72R
FOX ROTHSCHILD LLP
101 S. Tryon Street, Suite 1700
Charlotte, NC 28280
Telephone: 704-384-2692
Facsimile: 704-384-2800
Cell: 704-560-2554
Email: jreis@foxrothschild.com

*ATTORNEYS FOR DEFENDANT,*
*WELLS FARGO BANK, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION TO WITHDRAW** on this 15th day of November, 2024 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record who are registered for electronic filing.

*/s/ John W. Reis*
John W. Reis
*Counsel for Defendant*