IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FIRSTBANK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:24-cv-522-ECM |
| | ) | [WO] |
| WELLS FARGO BANK, N.A., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On May 18, 2026, Plaintiffs filed a "Motion to Compel Wells Fargo's Response to Discovery Requests." (Doc. 71). After that motion was denied by the Magistrate Judge (doc. 72), Plaintiffs filed a renewed motion to compel, certifying that they had met and conferred with Defendants (doc. 73). The sum and substance of those motions—naturally, and exclusively—were requests to compel responses to certain discovery requests. (*See* doc. 71 at 1–12; doc. 73 at 1–13). But buried in the last sentence of both motions are "addition[al]" requests for extensions of the discovery and dispositive motions deadlines "to accommodate Wells Fargo's delay in providing the requested responses." (Doc. 71 at 12; doc. 73 at 12–13). Plaintiffs do not cite, let alone satisfy, the standard relevant to these additional requests. *See* FED. R. CIV. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (1998) ("This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." (quotation omitted)). In fact, Plaintiffs do not even say how much time they need—only that they need more of it. (Doc.

71 at 12; doc. 73 at 12–13).  So to the extent Plaintiffs request extensions, those requests are due to be denied without prejudice, and Plaintiffs are advised to *clearly* state *all* the relief they seek in future filings.

Accordingly, it is

ORDERED that Plaintiffs' motions (docs. 71, 73) are DENIED without prejudice to the extent they request extensions of the discovery and dispositive motions deadlines.  If Plaintiffs seek an extension of those deadlines, they must file a separate motion with citations to relevant legal authority and must specify how much additional time they require.

DONE this 21st day of May, 2026.

        /s/ Emily C. Marks
        EMILY C. MARKS
        UNITED STATES DISTRICT JUDGE